# First District Court of Appeal
## State of Florida

_____

No. 1D17-3237

_____

Curtis Lee Jones III,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

January 3, 2019

Per Curiam.

Affirmed.

Rowe, Kelsey, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis Lee Jones III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.